UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT RAY ASHER and KIMBERLY DAWN ASHER,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>PACIFIC LEGENDS WEST CONDOMINIUM ASSOCIATION; KAREN TONI WEBER; TAMMY LYNN ERNST; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER R. ORTH, P# 6475; OFFICER G. McGHIE, P# 2883; OFFICER J. DESTITO, P# 4056,<br><br>　　　　　Defendants. | Case No. 2:08-cv-00914-RCJ-RJJ |

**ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorneys fees and costs.

Dated this 17 day of ~~July~~ Aug, 2010

_____
Douglas J. Gardner, Esq.
Nevada Bar #4609
Benjamin J. Miller, Esq.
Nevada Bar #10406
Rands, South & Gardner
1055 Whitney Ranch Dr., Suite 220
Henderson, Nevada 89014
*Attorneys for Defendant Pacific Legends*

Dated this 17th day of ~~July~~ Aug., 2010

_____
Robert J. Kossack, Esq.
Kossack Law Offices
4535 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89102
*Attorney for Plaintiff*

Dated this 17 day of ~~July,~~ Aug. 2010

_____
Sheri M. Thome, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
415 South Sixth Street Suite 300
Las Vegas, Nevada 89101
*Attorneys for Defendants Karen Toni Weber and Tammy Lynn Ernst*

## ORDER

Based upon the stipulation of counsel,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed, with prejudice, each of the parties to bear their own attorneys fees and costs.

DATED: This 24th day of August, 2010.

_____
DISTRICT COURT JUDGE