1  ROBERT J. KOSSACK, ESQ.
   Nevada Bar No. 2734
2  **KOSSACK LAW OFFICES**
   4535 W. Sahara Ave., Suite 101
3  Las Vegas, Nevada 89102
   Ph. (702) 597-0566
4  Fx. (702) 368-0471
   Email  rjkossack@cox.net
5  *Attorney for Plaintiffs Scott Ray Asher and Kimberly Dawn Asher*

6  CRAIG R. ANDERSON, ESQ.
   Nevada Bar No. 6882
7  **MARQUIS AURBACH COFFING**
   10001 Park Run Drive
8  Las Vegas, Nevada  89145
   Ph. (702) 382-0711
9  Fx. (702) 382-58186
   Email  canderson@marquisaurbach.com
10         smond@marquisaurbach.com
   *Attorneys for Defendants LVMPD, R. Orth, G. McGhie & J. Destito*

11

12

13                    **UNITED STATES DISTRICT COURT**

14                          **DISTRICT OF NEVADA**

15                          **SOUTHERN DIVISION**

16

17  SCOTT RAY ASHER and
    KIMBERLY DAWN ASHER,

18                                          )    **CASE NO.:**
                    Plaintiffs,             )
19                                          )    **2:08-cv-00914-RCJ-NJK**
    vs.                                     )
20                                          )
    PACIFIC LEGENDS WEST CONDOMINIUM        )
21  ASSOCIATION; KAREN TONI WEBER;          )
    TAMMY LYNN ERNST; LAS VEGAS             )
22  METROPOLITAN POLICE DEPARTMENT;         )
    OFFICE. R. ORTH, P#6475; OFFICER G.     )
23  MCGHIE, P#2883 and OFFICER J. DESTITO,  )
    P#4056,                                 )
24                  Defendants.             )
    _____)
25

26
           **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL**
27                        **CLAIMS AS TO ALL PARTIES**

28  . . . .

1  **COME NOW,** Plaintiffs, SCOTT RAY ASHER and KIMBERLY DAWN ASHER, by
2  and through their attorney, ROBERT J. KOSSACK, ESQ.. of KOSSACK LAW OFFICES, and
3  Defendants, ROBERT ORTH, GORDON McGHIE AND JOSEPH DESTITO, by and through
4  their attorney, CRAIG R. ANDERSON, ESQ., of MARQUIS AURBACH COFFING, and on
5  behalf of any claims which may be possessed by former Defendant, LAS VEGAS
6  METROPOLITAN POLICE DEPARTMENT, and herein stipulate and agree as follows:
7  That the above-entitled action shall be dismissed with prejudice all to all claims as to all
8  parties including any claims plaintiffs may have against defendants and any claims defendants
9  may have against plaintiffs arising out of the above-entitled action and that no judgment shall
10 enter in favor of either the plaintiffs or the defendants in the above-entitled action and waiving all
11 rights any party hereto has to appeal and with each party to bear their own costs and fees.
12 Dated this 21st day of March, 2013.

KOSSACK LAW OFFICES                              MARQUIS AURBACH COFFING

By /s/ *Robert J. Kossack, Esq.*                 By /s/ *Craig R. Anderson, Esq.*
ROBERT J. KOSSACK, ESQ.                          CRAIG R. ANDERSON, ESQ.
Nevada Bar. No. 2734                             Nevada Bar No. 6882
4535 W. Sahara Ave., Suite 101                   10001 Park Run Drive
Las Vegas, Nevada 89102                          Las Vegas, Nevada 89145
Ph. (702) 253-7068                               Ph. (702) 382-0711
Fx. (702) 368-0471                               Fx. (702) 382-5816
Email rjkossack@gmail.com                        Email canderson@marquisaurbach.com
Attorney for Plaintiffs Scott Ray Asher               smond@marquisaurbach.com
and Kimberly Dawn Ashwer                         *Attorneys for Defendants LVMPD,*
                                                 *R. Orth, G. McGhie & J. Destito*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _April 25, 2013